UNITED STATES DISTRICT COURT
KENNEDY PLAZA
RHODE ISLAND DISTRICT
PROVIDENCE, R.I. 02903

# COMPLAINT

patrick rudd
Plaintiff

CA 07 014 S

v

PROVIDENCE POLICE DEPT
BADGES # 802, 593, 472, & 569
DEAN'S AUTO BODY,

DEFENDANTS

Now comes this Plaintiff acting propria persona, and forma pauperis and not "pro se" to Move this Court to schedule a JURY TRIAL, under 42 USC 1985 for the DENIAL of my rights, granted under the U.S. Constitution, 4 Article of Bill of Rights.

That on a public Street, (Benefit St.) at approximately 10;30 A.M, one of the aforementioned officers, (Meter maid), restricted my removal of my vehicle, under oppressive police action, as I demanded to be allowed to leave, or to be provided a ticket, as I provided her my registation for the vehicle, and a drivers license.

She informed me that she could NOT issue me a ticket, and that she had called back up support, and I was not allowed to leave until it reported.

After perhaps 30 mintes another Police Cruiser arrived on the scene, And I begged this badge #, to issue me a ticket, so that I could leave the scene, and have a judge decide the lawfulness, legitimacy, of my vehicle. I also provided this officer, my license and registration, along with 12 pages With my warning that a 28 USC 241, AND 242, were parts of my decision To travel,upon the roads, highways of this country, without any restrictions.

This officer refused to issue me a ticket, and instead called for a tow Truck to carry my vehicle off the Benefit St., to an impound lot. This Officer Carr, (One of the above badge nrs), constantly berated me from My receiving a ticket, as Judge Caprio, would cost $500., and even if I won I would still have to pay $250.

After the removal of my vehicle, another two police cruisers arrived, Along with two other badges, and I begged them to issue me a ticket, so that I could challenge the above mentioned Meter Maid's contention that I was Illegal. They also responded that in all of the years that they had been Employed a officers, they never once heard anyone begging for a ticket, as I was the first to want to challenge their authority, and I was DENIED.

I was also slandered as to my stealing the plates off of another Person's vehicle, which was a lie : of the pits of hell. I notified them that I was a retired Pastor, and the plate was with the Embassy of Heaven, and

YAHWEH was the name on the plate, which was the name that the Creator Told Moses, was HIS name in Hebrew, in the Book of Exodus, of the Holy Bible. Again I was ridiculed, that I had to follow their man made laws, and I quoted them scripturally, as to serving GOD rather than man, as Peter said In the Holy Bible. The Officer Carr, did offer to provide a ride home for me, Which I accepted, and I tried to explain to him the words of Assurance, vs Insurance, as it pertained to the Class Action roll of "other Christians", that Would protect me, just like J.B.Hunt, Yellow Freight, Schneider, who only Insure a small fraction of their vehicles, , in the same manner, that we were Self-Assuring our vehicles.

THEREFORE, please schedule this COMPLAINT for a Jury trial, as I do Wish to have the four badges reprimanded, my vehicle to be replaced by The same amount of funds as Damages. $10,000. plus punitive damages That the Court may assess. All legal fees to be paid by the DEFENDANTS.

Patrick rudd
44 Arch St.
Providence, R.I. 02907

401 A/C 751-5606