UNITED STATES DISTRICT COURT
RHODE ISLAND DISTRICT
Kennedy Plaza
Providence R.I. 02903

Patrick rudd
Plaintiff

CA 07 014 S

V

Providence Police Dept
Badge # 802, 573, 472, 569
Dean's Auto Body.
DEFENDANTS

MOTION FOR ACTION OF A JURY TRIAL, UPON THE MERITS OF 42 USC 1985, AS TO THE DEPRIVATION OF MY HUMAN RIGHTS GRANTED BY THE U.S. CONSTITUTION.

Now comes this Plaintiff to Move this Court for a jury trial, because Of misfeasance, malfeasance, nonfeasance of office for the four patrolmen, As to the above badge numbers, (when their names become known by this Plaintiff, I reserve the right to issue an adder::dum for their inclusion Properly) That we have every right to be protected by the laws, and the four Officers in effect, used an invisible Bill of Attainder, as a means of depri-Ving me access to my property, per the 4th Article of the Bill of Rights. Bills of Attainders are outlawed by the U.S. Constitution, Art. I Sect 9 Clause 3,

That hereafter the above mentioned "vehicle", shall be referred to as "p" for my private property and my personal means of conveyance or to travel, and not to drive, as I have no commercial, applications, as to my charging any fees, rates etc.

I have opted for not registering the "p", as a state registration, with The public corporation, known as the STATE OF RHODE ISLAND, in lieu of the Providence Plantations, which was the original jurisdiction of our forefathers.

I also take offense to the denial of the Bill of Rights Article 6, which clearly states that "In all criminal prosecutions the accused shall enjoy the right... to a public trial.....and to informed of the nature and cause of the accusation, to be confronted with the witnesses ...."

It was obvious that the four* members of the Providence Police Dept. by their not providing me a ticket for a "right to a public trial", and not to tow away my "p", without granting me in writing something to the accusation and to allow me to have rights of due process of Law, as mandated by the U.S. Constitution. Under the Fifth, and Fourteenth Articles of the U.S. Constitution, as other rights that were abused, in the Police blotter # 07-3577 As I had my "p" stolen. 28USC RULE 60* "Not a simple clerical error".

For the past two plus centuries, Marbury v Madison 5 U.S. (1 Cranch 137, (1802) which stated that anything that is repugnant to the Constitution is null and void. For these 240 plus months, it has never Been overturned, it is still undefeated, and I qualify for using this Protection, that it authorizes in a Court of Law.

Whatever reasons that the Providence Police Department, and Judge Caprio thinks is correct under the R.I. General Laws, is destroyed under U.S. V PRICE 383 U.S. 787 86 S.Ct. 1152 (See Memorandum at Law to Support, which is attached. See also the restrictions from Cummings v Missouri, as to the Bill of Attainder, being utilized by the Meter Maid to My normal Due Process of Law, under the U.S. Constitution, whereby, I was paid to suffer, without proper authority, like a judge hearing the Conditions. Even the great Daniel Webster in Trustees of Dartmouth College, v Woodward, stated that the Court should hear the case before Makng any decisions

Dean's Auto Body, at 700 N. Main St., Providence, R.I. 401 A/C 369-7500, IS guilty of Conspiracy, for carting off my vehicle, without any kind of legal, lawful of competent authority. This type of hand-shake, to accomplish the pilferage, stealing of my vehicle, must be condemned, and they must be ORDERED TO PAY THE DAMAGES

that this Court levies upon them.

Mr. Steve Napolitano, Treasurer of the City of Providence, is the agent to be Served and I have notified his office of this action, before this Court.

THEREFORE set this Motion for trial, by a jury, and issue a schedule For the same, with the dates for compliance, so that I may be recompenced For the injustices and the harm that I had to suffer, and all to no avail, as I had to , or was forced to take up this venue, in a U.S. District, Court, in Order for justice to reign. All that this old, bald, Messenger of YAHWEH Wanted to do was have the City of Providence, Professionals offer or Provide me a ticket, that perhaps hundreds of thousands are issued yearly, And yet, I was DENIED access to be heard at the lower level, and now It will take the Federal Court system, to correct the police, abuse, by their Jack-booted thugs, who refuse to do their jobs properly in issuing a ticket To gain me entrance into the court system, in order to receive JUSTICE, Not Just-Us. From these local yokels.

Patrick rudd

Patrick rudd
44 Arch St.
Providence, R.I. 02907
401-751-5606

CERTIFICATE OF SERVICE

I did personally deliver by the hand to the Clerk of the USDC, and mailed By U.S. Mail prepaid to the Treasurer, and also Dean's Auto Body, on this 16th Day of January, in the year of Our LORD 2007 Per

Patrick rudd
Patrick rudd

# MEMORANDUM AT LAW TO SUPPORT;

CONSTITUTIONAL ISSUES
STATUTORY

| | |
|---|---|
| 42 USC 1985 | p 4 s |
| 4TH ART. BILL OF RIGHTS | 4 C |
| Art 1 Sect 9 Clause 3 | 4 C |
| Art 6 Bill of Rights | 5 C |
| Art 5 & 14th Art. Bill of Rights | 5 C |
| 28 USC RULE 60 | 5 s |
| Marbury v Madison | 6 s |
| U.S. v Price | 6 s |
| Trustees of Dartmouth Col. V Woodward | 6 s |

To Be Provided at
Later DATE - Addendum
To be made
CaLLey v Callaway Civ A No 74-7 COL c
Sept 25 1974
Nurenburg Doctrine "1946 e
"Just doing my job"

} p.e i r