For Court

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Patrick Edwin; rudd
Plaintiff

V Case # 07-014 S

Providence Police Dept.
Badges #802, 593, 472, 569 and
Dean's Auto Body

FIRST AMENDED COMPLAINT;

Now comes this Plaintiff acting propria persona and not "pro se" To move this Court, to grant this COMPLAINT as issued herewith. That I do N-O-T authorize a Magistrate to act for the Court in this action, Because of glaring weaknesses in his ORDER of Jan 22, 07.

The issue at hand, was in the title of his ORDER, a-n-d his first Sentence of the ORDER, and never brought up again. I DEMAND, An investigation of the merits of my forma pauperis, and my indigency, with My Probation Officer Tony Velicer, as to the shambles, poverty, that I am Living in, and the monthly filings dictating my $750. (IN) and my $750 (out) that I sign under perjury.

The magistrate also neglected to challenge the eight (8) sections on The two page application of Forma Pauperis, as if this wasn't an important

First phase of the judicial system, of who is paying the bill. I have sufficient Probable cause, from an earliar court activity, where even cash, was rejected And returned, by the Court, of a Certified money order.

If this Court issues a two page application, then you sign it on the Bottom of Page 2 and return it, as stated in the Court's printed matter.

I also N-O-W take offense, at Local Rules of this Court, #

LR CR 44 PROCEEDINGS INVOLVING AN INDIGENT DEFENDANT.

{There is no comparative Local Rules for "INDIGENT PLAINTIFF", in Local Rules Eff Jan 1 2006, as to the old Local Rule 26 (b), and I feel that This is an injustice, and a hardship to me, as I can't come up with the fees.

Black's 4th Ed. Magistrate "…in England a person intrusted with the commission of the peace and in America, one of the class of inferior judicial officers, such as JUSTICES OF THE PEACE AND POLICE JUSTICES. (Emphasis Plaintiff) Martin v State, 32 Ark. 124, Ex parte White 15 Nev 146, 37 Am. Rep 466 State v Allen 83 Fla. 655 92 So. 155,156 Merritt v Merritt 193 Iowa 899, 188 N.W. 32,34

I do NOT desire an INFERIOR caliber judicial officers to handle this 42 USC discrimination cause.

The word "magistrate" does not necessarily imply an officer exercising any Judicial functions and might very well be held to embrace NOTARIES AND COMMISSIONERS OF DEEDS. Schultz v Merchants Ins. Co. 57 Mo. 336

I do NOT desire notaries or registers of deeds to handle this 42 USC Discrimination cause.

I also note that 28 USC 636 (A) " a JUDGE MAY DESIGNATE A MAGISTRATE JUDGE....EXCEPT....ANY PRETRIAL MATTER.... TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED...."

By the intentions of the Legislatures the four page ORDER by the Magistrate, does N-O-T pass muster, as he did exactly what 636 (A) Stated was not in his or her power of jurisdiction. There is an old maxim Of law, that you can NOT assume jurisdiction it must be proven, and he Did not do the same.

I did on this date made an ADDENDUM, to include pages 8 and 9, which I accepted as moot, for an approval of my Forma Pauperis, and indigent Scenes of poverty, that I can see by the Local Rules is quite clear, that I Have to be granted, as It will cause a HARDSHIP, by the Local Rules that I am herewith challenging as an "INDIGENT PLAINTIFF".

I understand from the vantage point of "jack-booted thugs", that my Sticker on the rear of my property, stated the following;

"a patriot must always be ready to defend his freedoms against his government."

So accordingly, if they (?) found either by race, age, sexual orientation, Or gender, my property, alienated their affections, and the four (4) badges

Reflected a Conspiracy, of my statement on the sticker, that I feel quite Comfortable with, and they refused to issue me a ticket, so I could flaunt This statement in their and YOUR courts.

I relish this opportunity before us, to challenge the "status quo", of A hidden agenda, that lurks behind the uniforms of "our" public servents And by which I was adversely affected, and jurors have to made aware of These injustices, and discriminations flagrantly shown by the so-called or Alleged Providence finests.
Fed Rules of Civ. Proc. 8 (a)"…..and the claim needs no new grounds of jurisdiction to support it. (Magistrate's ORDER P. 1)
Also (3) of 8 (a) a "demand for judgment for the relief the pleader seeks."

This Plaintiff's THEREFORE clause of the Complaint, is for $10,000 for each of the badge numbers, as compensatory and other punitive damages that this Court, my assess, All legal fees to be paid by the Defendants.

To have this Magistrate for lack of a better "catch all phrase", to say that I Did not provide any substance for damages, to be made, is a lie from the pits Hell, and if the Magistrate had done his duties properly he would have Granted my Forma Pauperis, by Having Mr. Tony Velicer, confirm as a Court officer, the status of my indigency, so that we can proceed properly, Legally, and lawfully. SO HELP ME GOD!!!!

The Magistrate's footnote # 3, was so stupid, as to the comparison of A woman,, who was " intentionally treated differently from others.." and

The "class of one", is for me, myself and I, as being the only ones who could Not get a ticket for any violation, but I did get my property, stolen from me By the orders of the Four badges.

THEREFORE grant this first Amended complaint, as being authorized by The legislative intentions, for protection by our forefathers in our first Organic constitutions.

On page 5 or my original filings, on the 14th day of January 2007, I did note for the court a Police Blotter for lack of a better word, of Numerics of 07-3577, that after seven telco calls, to the Providence Police Dept. Headquarters, all to no avail. I have today on this First day Of February 2007, have received orally, from a "Julie", in the records Dept. that this above number has now been given in the computer at the Providence Police Dept. a prefix "1", that there is no report that will Follow.

When I asked this "Julie" if (?) I could retrieve this prefix "1" Next to 07-3577, she just laughed at me over the telephone, and she Said that there was no way that "I could be given that". So the cover-up Continues in the conspiracy, in a most clandestine maneuver, as I shall Subpoena this person, if that truly was her name, or a "masked agenda" To hide her true identity.

Let these records show that on the 10th or 11th of January, 2007, at approx. 10;30 A.M., the in "rems", situation happened, according to my records, as to the hidden non-committal response of 07-3577, which is a perpetual albatross around the necks of the Prov. Police Dept. and I demand justice. Hear the merits of this Jury trial, forma pauperis for this Civil Plaintiff.

Respectfully submitted

patrick edwin; rudd

Patrick Edwin; rudd
44 Arch St.
Providence, R.I. 02907
401-751-5606

CERTIFICATE OF SERVICE

I DID HAND-CARRY THE ABOVE "first amended complaint" to the Clerk of Court, along with the pages 8,9, of the Memorandum at law,

On this 5th day of February 2007

patrick edwin; rudd
Patrick Edwin; rudd