MEMORANDUM AT LAW TO SUPPORT;

CONSTITUTIONAL ISSUES
STATUTORY

| | |
|---|---|
| 42 USC 1985 (2),(3) | p 4 s (See Below Defini) |
| 4TH ART. BILL OF RIGHTS | 4 C |
| Art 1 Sect 9 Clause 3 | 4 C |
| Art 6 Bill of Rights | 5 C |
| Art 5 & 14th Art. Bill of Rights | 5 C |
| 28 USC RULE 60 | 5 s |
| Marbury v Madison 5 US 1 Cranch, 137,1802 | 6 s |
| U.S. v Price 95 L.Ed. 811,812,819 | 6 s (See below Defini. |
| Trustees of Dartmouth Col. V Woodward | 6 s |
| 18 USC 241,242 | 10s |
| Calley v Callaway, Civ A 74-7 Col | 10s |

DEFINITIONS;

"(2) Obstructing justice, intimidating party. If One or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifyint to any matter pending therein freely, fully and truthfully…"

"(3) ..if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

By the four police officers, acting outside of their jurisdiction and duties by They are vulnerable to lawsuit, and they lose their immunity from prosecution.

811, The civil rights Bill was to be enforced by making it criminal for any officer, under color of any State Law, "to subject, or cause to be subjected, any citizen to the deprivation of any of the rights secured and protected" by

the act. If any officer of any State were indicted for subjecting a citizen to the deprivation of any of those rights he was not to be indicted as an officer it was as an INDIVIDUAL (EMPHASIS PLAINTIFF)....no State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States nor shall any State deprive any person of life, liberty, or property without due process of law, nor deny to any person within its jurisdiction the equal protection of the Laws....

812 ....therefore in any appropriate legislation, to act on the citizen, not on the State. If you pass an act by which you make it an indictable offense for lan officer..to execute any law of a state by which he trespasses upon any of these rights of the citizen it operates upon him as a citizen and not as an OFFICER (EMPHASIS PLAINTIFF)

Thus these four officers must stand on their civilian personalities, without any protection by the City of Providence, as a consolidated case.

When you go there (to the states), for the purpose of protecting and securing Liberty, I admit that when you go there for the purpose of restraining liberty, you can go only under delegated powers in express terms; but to go into the States for the purpose of securing and protecting the liberty of the citizen and the rights and immunities of American citizenship is in accordance with The spirit and whole object of the formation of the Union and the national Government.

819...The United States has the right, and that it is an incumbent duty upon it to go into the States to enforce the rights of the citizens against all who attempt to infringe upon those rights when they are recognized and secured by the Constitution of the country....If a State by omission neglects to give to every citizen within the borders a free-, and full exercise and enjoyment of his right it is the duty of the United States Government to go into the State, and by its strong arm to see that he does have the full and free enjoyment of those rights.