UNITED STATES DISTRICT COURT
RHODE ISLAND DISTRICT

patrick edwin; rudd
Plaintiff

V Case # 07-014S

PROVIDENCE POLICE
BADGE NUMBERS 802
593, 472, 569 AND
DEAN'S AUTO BODY,

DEFENDANTS

MOTION FOR THIS COURT TO ALLOW THE STATE OF RHODE ISLAND ATTORNEY GENERAL'S OFFICE TO ACCESS #07-3577 FOR THE PUBLIC RECORDS BECAUSE OF RHODE ISLAND GEN'L LAWS 38 CHAP 2;

Now comes this Plaintiff acting propria persona and not "pro se" To Move this Court to accept the public records that this Plaintiff has been Denied often by the Providence Police Dept. Records Division.

This Court had been previously made aware of the conspiracy to DENY me my normal "due process of law" guaranteed by the Vth and the XIV th Articles of the Bill of Rights.

See P 14, the 2nd and the 3rd paragraphs of the clandestine and covert Operations by the Defendants, as to this suppression of evidence regarding # 07-3577 that a prefix # 1 was affixed, in order to reject any activities in this matter before this Court. There were no clarifications or explanations as

as to why these numerics were N-O-T complied with, as normal "modus operandi".

If this Court can N-O-T see the words of 18 USC 241 land 242, Literally {jump right off the pages}, then I feel sorry for this Court, as They shall be ignoring blatant criminal suppression of evidence in this instant caseat bar.

Also the top paragraph of p 15, states the non-committal posture of The City of Providence Police Dept Records Division, that I am herewith Requesting assistance from the State of Rhode Island Attorney General's Office.

# MEMORANDUM AT LAW TO SUPPORT;

a) Agency Holding Corp v Malley Duff & Associates
   107 S.Ct. 2759, 483 U.S.. 143, 151, 187
b) Rotello v Wood et al
   528 US 549 (2000)
c) Blacks Law 6th Ed.
d) Dasher v Housing Author. Of City of Atlanta Ga.
   D.C. Ga. 64 F.R.D. 720,722
e) Cal. Statutes 64 Sects 17204 & 17535

That this Plaintiff hereinafter shall be referred to as private attorney general, because of the following;

RICO and CLAYTON anti trust Act, bring to bear the pressure of "private attorneys general" on a serious national problem for which public prosecutorial resources are deemed inadequate; the mechanism chosen to reach the objective is both of the above in treble damages to be sought.

In any attempt by this Court to reject a significant different focus Under RICO, therefore, I am as Plaintiff honoring an analogy that Congress itself accepted and relied upon, and one that promotes The objectives of civil RICO as readily as it furthers the objects of the Clayton Act. Both statutes share a common congressional objective of encouraging civil litigation to supplement Government efforts to deter and penalize the respectively prohibited practices.

The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors, "private attorneys general" dedicated to eliminating racketeering activity. {Civil RICO specifically has a further purpose of encouraging potential private plaintiffs diligently to investigate} The provision of treble damages is accordingly justified by the expected benefit of suppressing racketeering activi-ty , an object pursued the sooner the better.

c) The "private attorney general" concept holds that a successful private party plaintiff is entitled to recovery of his legal expenses, Including attorney fees, if he has advanced the policy inherent in Public interest legislation on behalf of a significant class of persons, (d) above,

The California State statutes were recently amended by voter approval of Proposition 64. I provide this to this Court, as the Plaintiff, for comparative Historical purposes.

Private Attorney General statutes, Cal. Business and Professions Code Sect 17204. Actions for any relief pursuant to this chapter shall be prosecu-ted exclusively in a court of competent jurisdiction by the Attorney General or any district attorney..."

Sect 17535"....Any person, corporation, firm, partnership, joint stock Company or any other associations may be enjoined by any court of Competent jurisdiction..."

THEREFORE in this Motion let it be clearly understood by this Court and This Plaintiff, that I have sufficient "probable Cause" to substantiate my Claims;

a) beyond a shadow of doubt
b) greater weight
c) preponderance of evidence

that the police blotter numerics of 07-3577 which resulted in the theft, pilferage, robbery of my property, in open and flagrant abuse of my rights, liberties and freedoms granted by our forefathers, under the

Fourth Article of the Bill of Rights, and I have bleen adversely affected by

The oppressive police department a.k.a. Badgs # 802, 593, 472, 569 and

Dean's Auto Body. Et al

Respectfully submitted
patrick edwin; rudd ⓧ
Patrick Edwin; rudd
44 Arch St.
Providence, R.I. 02907
401-751-5606

CERTIFICATE OF SERVICE

I did hand carry on the 26th day of February 2007, the above, plus a Motion For temporary restraining Order, to the Clerk of Court's office.

patrick edwin; rudd ⓧ
Patrick Edwin; rudd

ⓧ private attorney general