UNITED STATES DISTRICT COURT
RHODE ISLAND DISTRICT

Patrick Edwin; rudd
Plaintiff

V

Case # 07-014 Cv. S
UNDER LOCAL RULE CV 9
REQUEST FOR EMERGENCY
TEMPORARY RESTRAINING ORDER

Providence Police Dept.
Badge nr. 802, 5593, 472, 569
Dean's Auto Body et al
Defendants

MOTION FOR TEMPORARY RESTRAINING ORDER UNDER 18 USC 1345 INJUNCTIONS AGAINST FRAUD;

Now comes this Plaintiff acting propria persona and not "pro se" To MOVE this Court, that under 2 (B) (i) (ii) (3) (b) to offer me the protec- Tions that are granted in the above.

That there was a pilferage, theft, robbery, of my property in the above Case, in a non-moving, invisible ticket, violation, w/ subsequent suppression Of evidence, and now, I hereby request this Court to protect me from any And all non-moving violations, that the wrath or the vengeance of the Provi- Dence Police Dept. or others, under their prodding, attempt to restrict my Rights to travel, on the highways, and byways of this Country of the UNITED STATES.

Let it be known that this protection will be of a Temporary Nature, Until the ORDER made in the Plaintiff's favor, or this case is received by The Court of Appeals, at Joseph Moakley Courthouse, Boston, Mass. I feel that I am in full compliance of L.R. 7 & 9, and I feel that I deserve This protection HEREWITH.

THEREFORE grant this Motion HEREWITH, AS SOON AS POSSIBLE, so that justice may prevail, without further imput by the So-called or alleged "powers to be", that are acting in Nazi fashion, to Deny our rights, freedoms and liberties. SO HELP ME YAHWEH!!!!

Respectfully submitted
patrick edwin; rudd ⓧ
Patrick Edwin; rudd
44 Arch ST.
Providence, R.I> 02907

ⓧ private attorney general
(see pages 17-20) p.e.r