UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Patrick Edwin; rudd
Plaintiff

V

07-014 S

Providence Police Dept. Badges
#802,593,472,& 559 and
Dean's Auto Body

ADDENDUM TO THE SECOND AMENDED COMPLAINT;

Now comes this Plaintiff acting propria persona and not "pro Se", and as a private attorney general.

CHALLENGE TO page 2 words by the Magistrate who refused to Recuse himself; "Plaintiff should not include any argument regarding His disagreement with the order of 1/22/07 or this Order."

Magistrate Martin; Please provide for this Plaintiff a copy of the Amend-Ment to the Constitution that allows Magistrates to violate due process of Law. By Magistrate Martin, allowing himself immunity and impunity that This Plaintiff can't challenge a legal opinion,* which was not a judgement.

*Magistrate Martin also provide a legal and lawful Amendment to the Constitution that allows a Magistrate's OPINION* to violate the due process Of law mandate, decree of the normal due process of law, in the Vth and XIV th Aarticles of the Bill of Rights.

Magistrate Martin; Please provide the Amendment to the Constitution that Requires the useage of licensing, registration for someone or anyone that is N-O-T engaged in commerce. This Plaintiff is in a NOT FOR HIRE Capacity, and thus is not required to provide the above to a meter maid, nor A patrolman, that precipitated the robbery of my effects guaranteed by the IV th Article of the Bill of Rights.

This Plaintiff reserves the right and the opportunity to challenge Dean's Auto Body, until this Plaintiff receives the Police Report 07-3577 -1,. The STATE OF RHODE ISLAND Attorney General was contacted and this Court was notified of the challenge.

I also challenge on Page 2 of the Feb 28, 2007 ORDER, by Magistrate Martin, and signed by Deputy Clerk Saucier,, whereby there were two References to the pages 10 and 13 in the footnotes, which the Magistrate Subsequently refuses to allow me to reciprocate in kind. I also notice on the Page 3 of the 28th ORDER, another reference to 12,13, that the Magistrate Subsequently refuses to allow me to reciprocate in kind.

Perhaps the Magistrate can provide me a bottle of the product known As "Liquid Whiteout", so that I may remove the words from the XIV th Article of the Bill of Rights Sect 1, as to "equal protection of the laws".

I guess what is good for the goose in NOT good for the gander, like I had Been led to believe in that fairy tale.

THEREFORE unless the above requested Amendments are provided, nor The Magistrate recuses himself, then this Plaintiff can't possibly receive A fair trial, unless a jury trial is provided HEREWITH.

Respectively submitted

patrick edwin; rudd

Patrick Edwin; rudd
Private Attorney General
44 Arch St.
Providence, R.I. 02907
401-751-5606

CERTIFICATE OF SERVICE;

I did provide the above, by hand, to the Clerk of Court, on this 6th day of March 2007

patrick edwin; rudd

Patrick Edwin; rudd