UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Patrick rudd
Plaintiff
V CA 07-014S

Providence Police Dept.
Badges #802,593,472,& 569
And Dean's Auto Body.
Defendants

SECOND AMENDED COMPLAINT;

1a. This Court does have jurisdiction re; this Case, as to the Article four of the U.S. Constitution, "The right of the people to be secure in their persons, houses, papers and effects..." There was property or effects that I was using namely a Toyota Truck. This truck was legally parked on Benefit St. and for the time period of less than thirty minutes, I have a Witness to the same, that I only went to the Law Library on the 8th floor, To copy some documents, and returned. An Affidavit will be afforded to This Court, as evidence of the same, at trial.

1b. There is a second part of the Fourth Article of the Bill of Rights mentioned above, that this part states; "against unreasonable searches and

seizures shall not be violated….supported by Oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized."

That my property, and order not to remove the same, was visited by four (4) Police officers (Badge #s above), and their respective police cruisers, and Not one of the four would write me an oath, or affirmation of any wrong Doing, but simply had my property towed away, thus suppressing the Evidence of the fourth Article of the Bill of Rights, which is a FEDERAL ISSUE.

MONETARY DAMAGES, of $10,000 per each policeman or woman, for The suppression of the facts, and their refusing to issue me an Oath or Affirmation, even suggesting of a crime. Yet my effects/ property Were carted off, and I proceeded to try for the police report #07-3577 To be issued to me for this situs, that happened on the tenth day of January 2007.

2. If this Plaintiff had a property, or effects of the same, namely a Toyota Truck, on the tenth day of January 2007, prior to 9;30 A.M. and at ll;00 A.M I no longer had this property, or effects, and I tried four times with each of Badge #s to issue me a ticket, oath or affirmation to no avail.

I did file in "good faith" a 42 US 1985 action, in this Court, and I did Provide the definitions of (2) and (3) of this Code, as probable cause Sufficient to qualify for the protections stated. I also did quote from a U.S. V Price, sufficient citations, that this Court does not want me to Repeat herewith.

I also made Officer Carr (?) read the stipulations of 18 USC 241, and 242 Again cementing the fraudulent activities of the conspiracy. The fact that Six (6) different times I did try, attempt to secure the police report from the Records Dept. of the Providence Police Dept. and all to no avail. Then I Finally found out that there was now a new prefix (1) that was attached to The 07-3577, now meaning that nothing was ever going to be done again on This police Report. {I shall be subpoenaing that Records Dept personnel)

I did notitfy this Court, that the Attorney General's Office of the State Of RHODE ISLAND, was sent a complaint to assist me in the compounding Of the conspiracy, beyond what I could personally handle. {this Court was notified of the same.}

3. My claims under FRCIV P 8 (a) are substantiated by the way that I Was adversely affected by the theft, robbery, larceny of my effects, Property, and the monetary damages, were well stated, and a jury trial was Clearly stated, to illuminate the "back-room shenanigans", that ended up

With my not having any further effects, property et al, that I should not have Been taken away from me, and I do want satisfaction from the same, and I Qualify for relief from this Court. (2)(3) FRCP 8.

THEREFORE, let the above claims, be accepted by this Court HEREWITH So that a JUDICIAL DETERMINATION may be made to have a jury trial, As a means or detriment, for any/all police departments to act honorably, Sensibly. There is a maxim at law, that comes to mind for the Magistrate To Ponder, and this is "QVI POTEST ET DEBET VETARE TACEN IVBET" Or "By remaining silent, he who can and ought to forbid something Commands it." Don't' be that "silent scream", and issue the judgment order Of FRCP 8 (3), as it is written.

Respectively submitted

Patrick Edwin; rudd
44 Arch St.
Providence, R.I. 02907
401-751-5606

CERTIFICATE OF SERVICE;

I DID HAND CARRY ON THIS ABOVE 2ND AMENDED MOTION TO THE CLERK'S OFFICE ON THIS 5TH DAY OF MARCH 2007

PATRICK EDWIN; RUDD