UNITED STATES OF AMERICA DISTRICT COURT
DISTRICT OF RHODE ISLAND

Patrick Edwin; rudd
Plaintiff

v Cs. #07-014 S.

Providence Police Dept.
Badges 802,593,472, & 869
And Dean's Auto Body
Defendants

l.r. Cv 56 MOTION FOR SUMMARY JUDGMENT
(a) STATEMENT OF UNDISPUTED FACTS

1. These FACTS that were submitted by the Magistrate Martin on His ORDER of 03/12/07 are clear, and unambiguous as to his Offering determinations, that leave little to be if any (?0 to be Challenged. As such this Movant contends are undisputed and Entitle me to a judgement in my favor as a matter of law. 12—p2-1

2. This Movants numbers shall be on the left side of this number (2) 12 –p2-2
No adversarial counsel has made any enter of service.

1;1 That it is true, that my property removed from a Benefit St address 12-p2-3

on the tenth day of January 2007, between 110.A.M. and ll;00 A.M.

I have a witness to provide this court, as to a 20 minute time frame

Where my property was not protected by me.

1.2 That the four "badges did report ar four differeny times, at perhaps 12P 2-4

20 minute intervals, with each one being asked to provide a ticket,

and to no avail.

1.3 That the Fourth Article of the Bill of Rights, as to being my protection 12P2-5
Which I was deprived by the four badges of the Defendents.

Christy Hetherington
Special Asstant Atty. Genl.
Dept. of A.G.
150 South Main St.
Providence, R.I. 02903
401-27404400

12/20/07

Dear Asst. A.G.

There is no way shape or form, that the police blotter records that I was Seeking was within the confines of 150 South Main.St. And there was no Assumption whatsoever, that you could make as to there being in any Location but at the Providence, Police Dept. Records Section. What I was Attempting to have you retrieve, was a "police blotter", either with the prefix # 1 Or not.

The false belief system of policemen or military "JUST DOING THEIR JOBS", is actually given a doctrinal name, as to the "Nurenberg Doctrine", which We Americans picked and used in the Mi Lai Masacre, in Vietnam, when Lt. Lalley On his first day of military leadership was given dubious, and grossly defective Orders, from his Leader, Capt. Medina, that should have, would have been destroyed Had proper experienced leadershit been available.

Yet the four badges were able to steal, rob, my property, and the evidence at hand was not able to be retrieved, by your department, or the Providence Police Dept. as it was indeed a "black day", in criminal suppression of evidence. Your blatant slur, and slander in the last line, of MY keeping government open..., is a mockery and with you hiding from the responsibility that you have taken with a grain of salt, it just adds to the evils in our governments.

Patrick Edwin rudd
44 Arch St.
Providence R.I. 02907

**THIS U.S. DISTRICT COURT WAS PROVIDED THIS ORIGINAL REQUEST TO THE A.G.'S OFFICE FOR THEIR INTERVENTION AT THE POLICE STATION.**

Patrick C.Lynch Atty. Genl
Dept of A.G. Office
150 South Main St.
Providence R.I. 02903 3/01/07

Dear Records Custodian;

Pursuant to the Access to Public Records Act R.I. Gen. Laws 38-2-1 et seq. I am requesting access to records, which I believe are public documents. Specifically, I am requesting records relating to the following City of Providence Police Dept. Records re; #07-3577, that one of the Badge Nrs issued to me i.e. 802,593,472, 569 that was listed by this Plaintiff in a Civil 42 USC 1985 action filed in the United States District Court, District of Rhode Island, known as #07-014 S (22 Pages attached)

In accordance w/ R.I. Gen Laws 38-2-7 City of Providence Police Dept has ten Business days to provide the requested documents or to Notify me in writing the specific reasons for the prefix "1" being attached to The above mention # 07-3577, which removed my property, from the public Street known as Benefit St, where it was legally parked, and not one of the Afformetnioned badge numbers, who responded would write me a ticket, violation, by which I would have normal due process of law, and Equal Prot-Ection of Law, under the Federal and the State of Rhode Island Constitutions. There is no reason that this number 07-3577-1 can NOT be Provided in its entirety.

R.I. Gen. Laws 38-2-2 (4) (ii) states that I must understand that for "good cause", the ten business days, time period may be extended for an additional twenty days, provided that I am notified of the the good cause, In writing within the original ten business days of my request.

I also agree to pay a maximun of $.,15 per page, for the cost of Photocopying and a maximun of $15.00 per hour for search and retrieaval,

With the first hour being free. It is also my understanding that the City of Providence Police Dept. Records must provide me an estimate of costs prior To providing copies. Please notify me at the following phone number or address when the request records are available for pickup.

Thank you

For your assistance in this matter.

Patrick Edwin;rudd
44 Arch St.
Providence, R.I. 02907
401-751-5606

The tolling of time, from the U.S. District Court filing of 02/26/07 would allow the City of Providence, upon receipt by the 5th day of March 07, to Be allowed until the 25th day of March 07 with the necessary grace periods, Notwithstanding any efforts of extension.

# Count three of summary judgement;

That the Chief Counsel Charles Napolitano, 4th Fl. Prov. City Hall, was Forwarded the lawsuits to his action to see that the policemen and woman Would properly receive their copies. However, all that I have to show is That the clerk did file stamp the four envelopes, for the four badges, as Being received on March 14, 2007, by the CITY OF PROVIDENCE TREASURY DEPT.

I have provided Magistrate Martin, one of the copies, and also each Had a Pre-stamped Return of Service Envelope attached, and the proper Forms that the U.S. District Court issues to cover this situation.

But alas, these copies were returned to me yesterday's mail, and I Have been forced to re-mail to the Providence, Municipal Court, Frank Caprio Judge, for his attention.

MEMORANDUM AT LAW TO SUPPORT;

CONSTITUTIONAL AN STATUTORY ISSUES;

42 USC 1985 (2)(3) SEE BELOW DEFINITIONS
U.S. V PRICE 95 L.El. 811,812,819 SEE BELOW DEFINITIONS

DEFINITIONS;

(2) obstructing justice, intimidating party. If one or more persons in any state or Territory conspire to prevent by force, intimidation, or threat, any party or witness in any court of the United States from attending such court or from testifying to any matter pending therein freely, fully and truthfull.."

MAGISTRATE MARTIN; how else can you read the above, and not be able To see the evil actions, that refused four times to write me a ticket or an invitation to attend a court function, as a denial of my rights to attend.

(3)"...if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such a conspiracy, whereby another is injured in his person or PROPERTY, or deprived of having and exercising any right or privilege of the United States, the party so injured or deprived may have an action of recovery of damages occasioned by such injury or deprivation against any one or more of the conspirators. CAPITALS EMPHASIS PLAINTIFF.

MAGISTRATE MARTIN; By the four police officers in uniforms, yet Acting outside of their jurisdiction and duties by these above actions they Lose their immunity from prosecution, and are vulnerable to lawsuit.

811 The civil rights bill was to be enforced by making it criminal for any Officer, under color of any State Law, "to subject or cause to be subjected, Any citizen to the deprivation of any of the rights secured and protected" by The act. If any officer of any State were indicted for subjecting a citizen to The deprivation of any of those rights he was not to be indicted as an officer

It was as an INDIVIDUAL (EMPHASIS PLAINTIFF)…No state shall make or enforce any law which shall abridge the privileges or immunities Or citizens of the United States nor shall any State deprive any person of Life, liberty, or property without due process of law, nor deny to any person Within its jurisdiction the equal protection of the Laws…"

812 …therefore in any appropriate legislation, to act on the citizen, not on the State. If you pass an act by which you make it an indictable offense for an officer to . to execute any law of a state by which he trespasses upon any of these rights of the citizen if operates upon him as a citizen and not as an OFFICER (EMPHASIS PLAINTIFF)

MAGISTRATE MARTIN; By these four officers they must stand on their civilian personalities, without any protection of the City of Providence, Police Dept. et al.

819 ..The United States has the right, and that it is an incumbent duty upon it to go into the States to enforce the rights of the citizens against all who attempt to infringe upon those rights when they are recognized and secured by the Constitution of the country. ..If a llState by omission neglects to give to every citizen within the borders a free, and full exercise and enjoyment of his right it is the duty of the United States Government to go into the State and by its strong arm to see that he does have the full land free enjoyment of those rights.

Therefore please move this Motion for Summary Judgment on for a Hearing for the beginning of April 1007, as to the Fed. Rules of Civil Procedures stand well for me.

Respectfully submitted

Patrick Edwin rudd
44 Arch St.
Providence, R. I> 02907

CERTIFICATE OF SERVICES

I DID HAND DELIVER THE ABOVE 6 PAGES TO THE CLERK'S OFFICE
ON THE 21st day of March 1007

Patrick Edwin rudd

Exhibits (4) To Prov. Muni Court.