rudd
44 Arch ST
Providence RI.
02907

RECEIVED
MAR 1 4 2007
PROV. ...

Badge # 593
Prov. Police Dept
C/o Providence Municial Court
325 Washington St
Providence RI
02903

Exhibit
1