rudd
44 Arch ST
Providence RI 02907

Badge #569
Providence Police Dept
C/o Prov. Municipal Court
325 Washington St
Providence RI
02903

MAR 14 2007

Exhibit
2