Iludd
44 Arch ST
Providence RI
02907

MAR 14 2007
CITY OF

Badge # 472
Providence Police Dept.
c/o Prov. Municipal Court
325 Washington St
Providence RI
02903

Exhibit
3