Rudd
44 Arch St
Providence RI
02907

Badge # 802
Providence Police Dept
C/O Prov Municipal Court
325 Washington St
Providence RI
02903

Exhibit
4

MAR 1 4 2007