UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICK RUDD, :
Plaintiff, :
v. : CA 07-014 S
:
PROVIDENCE POLICE DEPT., :
BADGES #802, 593, 472, & 569, :
and DEAN'S AUTO BODY, :
Defendants. :

**ORDER**
**DENYING WITHOUT PREJUDICE**
**MOTION FOR ACCESS**

Before the Court is Plaintiff's Motion for this Court to Allow the State of Rhode Island Attorney General's Office to Access #07-3577 for the Public Records Because of Rhode Island Gen'l Laws 38 Chap 2 (Document ("Doc.") #7) ("Motion" or "Motion for Access"). It appears from the Motion that Plaintiff wishes to obtain records from the Providence Police Department. If so, the appropriate procedure is for him to file a motion for production pursuant to Federal Rule of Civil Procedure 34 and to serve that motion on all Defendants as required by Rule 5(a). See Fed. R. Civ. P. 5(a);[1] see also District of Rhode

---

[1] Fed. R. Civ. P. 5(a) provides in relevant part:

> (a) Service: When required. **Except as otherwise provided in these rules**, every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, **every written motion** other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper **shall be served upon each of the parties**. No service need be made on parties in default for failure to appear except that pleadings asserting new or additional claims for relief against them shall be served upon them in the manner provided for service of summons in Rule 4.

Fed. R. Civ. P. 5(a) (bold added).

Island Local Rule Cv 5.1.[2]

The Court also notes the existence of two additional procedural problems relative to the instant Motion. First, the Certificate of Service which accompanies the Motion does not state that a copy of the Motion has been served upon each Defendant as required by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 5(a); see also District of Rhode Island Local Rule Cv 5.1. Second, it does not appear that Plaintiff has served a summons and a copy of the complaint upon each Defendant as required by Federal Rule of Civil Procedure Rule 4(c).[3]

Accordingly, **the Motion is DENIED without prejudice** to the right of Plaintiff to seek production of the records from the Providence Police Department by filing a motion for production pursuant to Federal Rule of Civil Procedure 34.

Plaintiff is advised that also:

1) any motion for production must include a certificate of

---

[2] District of Rhode Island Local Rule Cv 5.1(a)(1) provides in relevant part: "Proof of service of any document required to be served on a party or non-party shall be filed with the Court within three (3) days after service is made." DRI LR Cv 5.1.

[3] Fed. R. Civ. P. 4(c) provides in part

c) Service with Complaint; by Whom Made.

> (1) A summons shall be served together with a copy of the complaint. **The plaintiff is responsible for service of a summons and complaint** within the time allowed under subdivision (m) and shall furnish the person effecting service with the necessary copies of the summons and complaint.
>
> (2) Service may be effected by any person who is not a party and who is at least 18 years of age. At the request of the plaintiff, however, the court may direct that service be effected by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or is authorized to proceed as a seaman under 28 U.S.C. § 1916.

Fed. R. Civ. P. 4(c) (bold added).

service that a copy of the motion has been served on each Defendant as required by Fed. R. Civ. P. 5(a); and

2) Plaintiff must serve a summons and a copy of the complaint (i.e., the Second Amended Complaint) on each Defendant. At a minimum, Plaintiff must serve such summons and a copy of the Second Amended Complaint on the City of Providence prior to filing any motion for production.[4]

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 6, 2007

[4] Although not required by the Rules, the Court recommends that, in serving the Defendants, Plaintiff also include a copy of the Order Granting Application to Proceed in Forma Pauperis (Doc. #12). That order concisely restates Plaintiff's apparent claim(s). See Order Granting Application to Proceed in Forma Pauperis (Doc. #12) at 2.