UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICK RUDD, :
Plaintiff, :
v. : CA 07-014 S
:
PROVIDENCE POLICE DEPT., :
BADGES #802, 593, 472, & 569, :
and DEAN'S AUTO BODY, :
Defendants. :

**ORDER**
**GRANTING PLAINTIFF'S**
**MOTION FOR JURY TRIAL**

Before the Court is Plaintiff's Motion for Action of a Jury Trial, Upon the Merits of 42 USC 1985, as to the Deprivation of my Human Rights Granted by the U.S. Constitution (Document #2) ("Motion"). The Court treats the Motion as a demand for trial by jury pursuant to Fed. R. Civ. P. 38(b). Accordingly, the Motion is GRANTED.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 6, 2007