UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Patrick Rudd
    Plaintiff

V.                                CA07-14S

Providence Police Department, et al
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 6, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b)(1). No objection having been filed, Plaintiff's Motion for Temporary Restraining Order Under 18 USC 1345 Injunctions against Fraud is DENIED.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 4/24/07