UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Patrick Rudd
      Plaintiff

V.                                                      CA07-14S

Providence Police Department.,
Badges #802, 593, 472, & 569,
and Dean's Auto Body
      Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 13, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b)(1). No objection having been filed, Plaintiff's Motion for Summary Judgment is DENIED.

BY ORDER:

*[signature]*
DEPUTY CLERK

ENTER:

*[signature]*
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/2/07