**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Patrick Rudd
PLAINTIFF

v. C.A. No. 07-14S

Providence Police Department, et al
DEFENDANT

**SHOW CAUSE ORDER**

On or before **May 28, 2007**, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service upon defendants within 120 days after filing of the complaint and issuance of summons required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Karen Baldwell
Deputy Clerk

ENTER:

WESmith
William E. Smith
United States District Judge
Date: 5/9/07

FORMS/SHWCAUS2.ORD