UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

patrick rudd
PLAINTIFF

v. Ca #07-014S

Providence Police Dept.
Badges 802, 593, 472, & 569
And Dean's Auto Body
DEFENDANTS

MOTION FOR EXTENSION OF TIME FOR SHOW CAUSE HEARING FOR THIRTY (30) DAYS

Now comes this Plaintiff acting propria persona and not "pro se" to Move This COURT TO GRANT this MOTION HEREWITH.

Attached are five (5) pages that will force the above mentioned Defendants to attend an examination by a "police watchdog" committee, the first week of June, 2007.

The case investigator, i. e. Roderick J. Kennedy, for the Providence External Review Authority will, with others, with this Plaintiff, present, challenge, for the first occasion, the Police Report 07-3577 without a "1" prefix with the Defendants.

Also attached is the Report that is highlighted with three huge errors, as to my truck being an automobile, and the disregard of any requirements according to R. I. General Laws-Motor Vehicle Reparations Act #31-47-9.

Along with the fraudulently missing "1," is sufficient probable cause for the Court to Grant this Motion, so that it can receive the truth and nothing but the truth, so Help me YAHWEH!

The other facts are that on two (2) occasions that this Plaintiff has attempted to issue the Subpoenas per Local Rules to no avail.

# ADDENDUM TO MOTION FOR EXTENSION

The only other case that this Plaintiff understands as being a worst occasion of suppression of evidence than 07-014S is

UNITED STATES V. McVey
918 Fed Supp 1452
Judge Match.

This Plaintiff will provide the evidence from the June 1+- meeting to ustify my above assessment

patrick rudd

CERTIFICATE OF SERVICE

I did hand deliver To Clerk and PERA @ 550 Broad ST The above on The ~~21th~~ 21st of May 2007
per Patrick rudd

Enclosed
5 pages PERA pages 15-19
1 " Police Report p 37