UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Patrick Rudd

V. C.A. No. 07-14S

Providence Police Department, et al

**ORDER OF DISMISSAL**

Plaintiff was ordered by this Court to show cause in writing on or before May 28, 2007 why this case should not be dismissed against Defendants for lack of prosecution. In response to the show cause order, plaintiff filed a Motion for Extension of Time for Show Cause Hearing, which was denied. However, no proof of service has been filed with this Court. Since plaintiff has failed to effect service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m), this case is hereby dismissed.

ORDER:

By: Daniel Baldwin
Deputy Clerk

ENTER:

WESmith
William E. Smith
U.S. District Judge

Date: 7/18/07